# Order

Michigan Supreme Court
Lansing, Michigan

July 28, 2017

Stephen J. Markman,
Chief Justice

154819(58)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

HARMONY MONTESSORI CENTER,
      Petitioner-Appellant,

v

CITY OF OAK PARK,
      Respondent-Appellee.

_____/

SC: 154819
COA: 326870
Tax Tribunal: 00-370214

       On order of the Chief Justice, the motion of respondent-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 23, 2017. The same extension is given to petitioner-appellant to file its supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____July 28, 2017_____



Clerk